# Exhibit 4

# Unselfish acts



## True Santas



It's easy, as all the shopping and partying and must-do rituals of the holiday season threaten to overwhelm us all, to lose sight of the essence of this season: giving, generosity and goodwill.

But there are many in the mid-Hudson community who don't have to be reminded of such virtues.

Some are individuals who have pitched in to help those in need. Others are groups who have worked together for the common good.

Our "True Santas" series begins today and will continue through the holiday season. We're introducing you to a Port Jervis teen-ager who will make you feel very good about our younger generation.

Full story on page 6

Scott Becker playing with Delia and Yazmin, two of the children he worked with over the summer. They are just two of several children of the migrant workers who'll be receiving special presents this Christmas as a result of Scott's efforts. Photo by Aaron Houston



Scott Becker with children of the migrant workers who'll be receiving special presents this Christmas as a result of Scott's efforts. Photo by Aaron Houston

# Churches, students help needy

**FLORIDA:** Churches, BOCES classes and a Port Jervis teenager personify the spirit of the season.

**By Tom Leek**
The Times Herald-Record
tleek@th-record.com

Kindness is one stranger – or a church full.

The congregation of Webb Horton Presbyterian Church in Middletown, for instance. Or the folks at Warwick's Good Shepherd Lutheran Church. Or the parishioners of St. Columba Roman Catholic Church in Chester.

Kindness is the religious education kids at the Monroe Temple of Liberal Judaism. It is dozens of teens from all over Orange County, business students of Mary Lou Deitrich at Orange-Ulster BOCES.

And it's a strapping yet gentle 16-year-old from Port Jervis.

All have opened their hearts this season for the children of impoverished agricultural workers served by Florida Agri-Business Child Development Migrant Head Start.

The religious groups sponsored specific families. The BOCES students collected goods for all of the Head Start children, who range in age from six weeks to three years.

And Scott Becker, the Port Jervis teen, coordinated a toy drive that netted 52 gifts for 20 Head Start kids and their siblings, and a pile of cash that helped buy necessities – warm coats – for the families, most of whom are from Mexico.

The angels, said Head Start Director Eileen McManus, are giving more than material things.

"They give of their time, their energy – of themselves," she said.

Scott got involved at the suggestion of his grandmother, Pauline Carbone, who's been working at the center five years. Last summer he gave about 60 hours of volunteer time to Head Start, helping the toddlers at play, nap and teeth-brushing time.

Scott, a junior on the high honor roll at Port Jervis High School, wrote a letter to area businesses soliciting gifts, matched gifts against wish lists provided by moms and dads, and wrapped and labeled all the presents.

Scott, who mom Angela calls an "all-around good kid," is also on the school math team, participates in Scholastic Bowl and plays roller hockey. He is modest about his good deed-doing. "It wasn't really that hard," he said. "The only hard part was the wrapping."

McManus sees an even more profound benefit to Scott's selflessness. He and the others who give to the Head Start children all year long may be breaking down barriers, building bridges of understanding between people from different backgrounds, she said.